**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**MICHELLE MARTIN,**

**Plaintiff,**

**v.**

**ADVANCED HOME MEDICAL, L.L.C, *et al.*,**

**Defendants.**

**Civil Action 2:26-cv-363**
**Chief Judge Sarah D. Morrison**
**Magistrate Judge Chelsey M. Vascura**

**ORDER**

This matter is before the Court on the motion of attorney Peter Contreras with the law firm Contreras Law, LLC, to withdraw as counsel for Plaintiff Michelle Martin ("Motion to Withdraw," ECF No. 11). Plaintiff was served with counsel's Motion to Withdraw and has since filed a notice indicating she intends to proceed *pro se*. (ECF No. 12.) Accordingly, for good cause shown, the Motion to Withdraw (ECF No. 11) is **GRANTED**. The Clerk is **DIRECTED** to **TERMINATE** Peter Contreras and the law firm Contreras Law, LLC, as counsel for Plaintiff.

This matter is also before the Court on Plaintiff's Motion for an Extension of Time to Respond to Deadlines and Notice of Pro Se Status. (ECF No. 12.) For good cause shown, Plaintiff's Motion is **GRANTED IN PART**. The following deadlines are **EXTENDED** as follows:

- The parties must serve their initial disclosures by **October 30, 2026**;
- Plaintiff shall make a settlement demand by **November 20, 2026**;

- Defendants shall respond by **December 2, 2026**; and
- This case will be referred to a settlement conference in **January 2027**.

To the extent not inconsistent with this Order, all provisions of the July 15, 2026 Preliminary Pretrial Order (ECF No. 10) remain in effect. If Plaintiff requires additional extensions, she may file another motion closer to the relevant deadline.

The Clerk is **DIRECTED** to update Plaintiff's address on the docket and send a copy of this Order to her address.

**IT IS SO ORDERED.**

/s/ *Chelsey M. Vascura*
CHELSEY M. VASCURA
UNITED STATES MAGISTRATE JUDGE